BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ZINZI BONILLA (TXBN 24066521)
Special Assistant United States Attorney
  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3932
  FAX: (510) 637-3724
  Email: Zinzi.bonilla@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  NO. CR 16-00417 JST |
| | ) |
| Plaintiff, | )  **STIPULATION AND [PROPOSED] ORDER** |
| | )  **EXCLUDING TIME FROM NOVEMBER 4, 2016** |
| v. | )  **TO DECEMBER 16, 2016.** |
| | ) |
| JAMES RICHARD SMITH, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

The parties appeared before the Honorable Jon S. Tigar on November 4, 2016, for a status

conference before the district court.  With the agreement of counsel for the parties and the defendant, the

Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

from November 4, 2016 and December 16, 2016.  Failure to grant the requested continuance would

unreasonably deny the defense counsel reasonable time necessary for effective preparation, taking into

account the exercise of due diligence and the need for defense counsel to review discovery, conduct

investigation, and consult with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding

the above-referenced period of time outweigh the best interest of the public and the defendant in a

1    speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

2          3.       Accordingly, and with the consent of the defendant, the Court ordered that the above-

3    referenced period of time be excluded from Speedy Trial Act calculations under 18 U.S.C.

4    § 3161(h)(3)(A), (h)(7)(A) & (B)(iv).

5                  IT IS SO STIPULATED.

6    DATED: November 4, 2016                            /s/
                                                _____
7                                               DEBORAH LEVINE
                                                Counsel for James Smith
8

9    DATED: November 4, 2016                            /s/
                                                _____
10                                              ZINZI BONILLA
                                                Special Assistant United States Attorney
11

12          IT IS SO ORDERED.

13

14   DATED:  November 4, 2016                   _____
15                                              HON. JON S. TIGAR
                                                United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00417 JST