MICHAEL STEPANIAN (CSBN 037712)
JENNIFER L. NAEGELE (CBN 232643)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorney for Defendant
JAMES SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>JAMES SMITH,<br><br>                Defendant. | Case No. 4:16-cr-00417-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION** |

It is hereby stipulated and agreed between Michael Stepanian, counsel for Defendant James Smith, and Special Assistant United States Attorney Zinzi Daionne Bonilla, that the hearing presently set in the above-entitled case for January 20, 2017 be continued to February 3, 2017 at 9:30 a.m., and that time under the Speedy Trial Act be excluded until that date pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). The parties agree that the ends of justice served by granting a continuance from January 20 to February 3, 2017 outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties further agree that failure to grant the continuance would unreasonably deny the defendant's continuity of counsel and would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C.§ 3161(h)(7)(B)(iv).

SAUSA Bonilla has been advised of this request and has no objection.

Respectfully submitted,

Dated: January 17, 2017              _____/s/_____
                                     MICHAEL STEPANIAN
                                     Attorney for Defendant
                                     JAMES SMITH


Dated: January 17, 2017              _____/s/_____
                                     ZINZI DAIONNE BONILLA
                                     Special Assistant United States Attorney


IT IS SO ORDERED.

Dated: January 18, 2017              _____
                                     HON. JON S. TIGAR
                                     United States District Court Judge