1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  ZINZI BONILLA (TXBN 24066521)
   Special Assistant United States Attorney
5          1301 Clay Street, Suite 340S
           Oakland, California 94612
6          Telephone: (510) 637-3932
           FAX: (510) 637-3724
7          Email: zinzi.bonilla@usdoj.gov

8  Attorneys for the United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,            )  NO. CR 16-00417 JST
                                        )
14         Plaintiff,                   )  **STIPULATION AND [PROPOSED] ORDER**
                                        )  **EXCLUDING TIME FROM FEBRUARY 3, 2017**
15    v.                                )  **TO MARCH 17, 2017.**
                                        )
16 JAMES RICHARD SMITH,                 )
                                        )
17         Defendant.                   )
                                        )
18 _____  )

19     The parties appeared before the Honorable Jon S. Tigar on February 3, 2017, for a status

20 conference before the district court. With the agreement of counsel for the parties and the defendant, the

21 Court found and held as follows:

22     1.    The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

23 from February 3, 2017 to march 17, 2017. Failure to grant the requested continuance would

24 unreasonably deny the defense counsel reasonable time necessary for effective preparation, taking into

25 account the exercise of due diligence and the need for defense counsel to review discovery, conduct

26 investigation, and consult with the defendant.

27     2.    Given these circumstances, the Court found that the ends of justice served by excluding

28 the above-referenced period of time outweigh the best interest of the public and the defendant in a

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00417 JST

speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the above-referenced period of time be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A), (h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: February 3, 2017

/s/
MICHAEL STEPANIAN
Counsel for James Smith

DATED: February 3, 2017

/s/
ZINZI BONILLA
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:  February 3, 2017

HON. JON S. TIGAR
United States District Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00417 JST