1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ZINZI BONILLA (TXBN 24066521)
   Special Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3932
        FAX: (510) 637-3724
7       Email: Zinzi.bonilla@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,              )   NO. CR 16-00417 JST
                                           )
14        Plaintiff,                       )   **STIPULATION AND [PROPOSED] ORDER
                                           )   EXCLUDING TIME FROM MARCH 17, 2017
15     v.                                  )   TO APRIL 7, 2017.**
                                           )
16  JAMES RICHARD SMITH,                   )
                                           )
17        Defendant.                       )
                                           )
18  _____    )

19        The parties appeared before the Honorable Jon S. Tigar on March 17, 2017, for a status

20  conference before the district court.  With the agreement of counsel for the parties and the defendant, the

21  Court found and held as follows:

22        1.      The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

23  from March 17, 2017 and April 7, 2017.  Failure to grant the requested continuance would unreasonably

24  deny the defense counsel reasonable time necessary for effective preparation, taking into account the

25  exercise of due diligence and the need for defense counsel to review discovery, conduct investigation,

26  and consult with the defendant.

27        2.      Given these circumstances, the Court found that the ends of justice served by excluding

28  the above-referenced period of time outweigh the best interest of the public and the defendant in a

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00417 JST

1 speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

2     3.    Accordingly, and with the consent of the defendant, the Court ordered that the above-referenced period of time be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A), (h)(7)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: March 20, 2017          /s/
MICHAEL STEPANIAN
Counsel for James Smith

DATED: March 20, 2017          /s/
ZINZI BONILLA
Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED:  March 21, 2017

HON. JON S. TIGAR
United States District Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00417 JST